```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLORADO
 3                   _____
 4
       LORELLE THOMPSON,          )
 5                                )
              Plaintiff,          )
 6                                )
           vs.                    )No. 1:22-cv-00541-MDB
 7                                )
       FORD MOTOR COMPANY, a      )
 8     Delaware company,          )
                                  )
 9             Defendant.         )
                                  )
10
11
12       REMOTE VIDEO 30(b)(6) DEPOSITION OF
13              FORD MOTOR COMPANY
14                     BY
15              MATTHEW FYIE
16           FRIDAY, MARCH 10, 2023
17
18
19
20
21
22
23
24
25
```

Page 1

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1        A.   Okay.
 2        Q.   Mr. Fyie, you understand that you are under
 3   oath, just like you are testifying in front of a
 4   judge and a jury in a courtroom; correct?
 5        A.   Yes, I understand that.
 6        Q.   And, in fact, this video will be played to
 7   the judge and the jury when this case goes to trial.
 8             Do you understand that?
 9        A.   I understand that it might be, yes.
10        Q.   And you are here today as Ford Motor
11   Company's corporate representative; correct?
12        A.   Correct.
13        Q.   You are speaking on behalf of Ford Motor
14   Company in this case, in this deposition today;
15   correct?
16        A.   Correct.
17        Q.   If I say "you" or "Mr. Fyie" when asking you
18   questions, my questions are directed at Ford Motor
19   Company.
20             Do you understand that?
21        A.   Yes, I understand.
22        Q.   Who at Ford Motor Company designated you to
23   be their corporate representative today?
24        A.   I don't know.
25        Q.   Well, did someone -- who told you to be here
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                          www.veritext.com

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1          Q.  Beene versus Ford, you're aware of that
 2     case?
 3          A.  I am.
 4          Q.  Okay.  In that case the plaintiff was
 5     alleging a bushing defect, which caused looseness in
 6     the shifting mechanism, which allowed for a false
 7     park or hydraulic neutral occurrence; correct?
 8          A.  That's my general understanding of their
 9     allegation, yes.
10          Q.  And, by the way, the plaintiffs in this
11     case -- the plaintiff in this case, Ms. Thompson, is
12     alleging a bushing defect that caused looseness in
13     the shifting mechanism that allowed her to put the
14     vehicle in false park; correct?
15              MR. BIBB:  Objection.
16              THE WITNESS:  If you say so, yes.
17     BY MR. LEGER:
18          Q.  You're not aware of the allegations in this
19     case?  It's one of the topics that the judge ordered
20     you to be prepared to testify about today.
21          A.  I -- I understand that from the hearing that
22     we were at.  I don't know that I've seen that written
23     down by you that that is the allegation, but I
24     understand that that's what we're focusing on, yes.
25          Q.  Okay.  So you would agree with me the
```

Page 17

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1    the vehicle in park, got out of the vehicle, and then
 2    it unexpectedly slipped into reverse?
 3              MR. BIBB:  Objection.  Argumentative.
 4    Assumed facts not in evidence.
 5              THE WITNESS:  I don't have a number.
 6    BY MR. LEGER:
 7        Q.  Well, if I tell you that I'm aware of
 8    hundreds, could you prove me wrong today?
 9              MR. BIBB:  Objection.  Beyond the scope.
10              THE WITNESS:  Again, I can't give you a
11    number.  I know that we produced to you, in this
12    particular case, a list of lawsuits and claims
13    related to your allegations on the scope of vehicles
14    that we have here.
15    BY MR. LEGER:
16        Q.  And -- and those were thousands of pages of
17    documents; correct?
18        A.  I don't know.  I didn't count them.
19        Q.  Okay.  Isn't it true, Mr. Fyie, that many
20    fatalities have been reported to, not only Ford, but
21    NHTSA regarding park-to-reverse or unintended vehicle
22    movement events?
23              MR. BIBB:  Objection.  Assumes facts not in
24    evidence.
25              THE WITNESS:  I know there have been
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

1    fatalities involved in these types of allegations.  I

2    don't know what the number is.

3    BY MR. LEGER:

4        Q.  Would it surprise you to know that there

5    have been over 400 fatalities as of 1985 due to

6    park-to-reverse or unintended vehicle movement

7    allegations according to NHTSA?

8            MR. BIBB:  Objection.  Hearsay.

9            THE WITNESS:  I don't know if that's true or

10   not or what the complete time frame is on that.  I

11   just don't know.  If you -- if you have something you

12   can show me, then that would be fine.

13   BY MR. LEGER:

14       Q.  Well, I just -- I frankly I find it

15   surprising that -- that Ford -- that Ford doesn't

16   know how many people have died as a result of

17   unintended vehicle movement allegations, which is

18   what we're here today to talk about.  So --

19           MR. BIBB:  Objection.

20   BY MR. LEGER:

21       Q.  -- I guess let me put on the record my

22   question.

23           As you sit here today, did you do anything

24   to determine how many people have -- how many people

25   have -- scratch that.

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1          Q.  Okay.  And we talked about that at the
 2     hearing that you were ordered to be present at in
 3     front of the judge, that those are the components at
 4     issue in this case; correct?  The shift tube, the
 5     bushings, and the clamps; correct?
 6          A.  Right.  You did say that at the hearing.
 7          Q.  Okay.  And not only did I say it, but you
 8     said it as well.
 9          A.  No.  It's -- it's -- it's not my allegation
10     about what's at issue in the case.  It's yours.
11     It's -- you're assigning what the -- the defect is or
12     what the issue is, and so I understand that that's
13     your position.
14          Q.  Okay.  Fair enough.
15              At the hearing what you said was that you
16     understand that that's the allegation in the case.
17     It involves the shift tube, the bushings, and the
18     clamps on Ford -- on this Ford Expedition; correct?
19          A.  Right.  That's my understanding.  I'm not
20     the one who assigned that.  Correct.
21          Q.  Of course.
22              You're not the -- you're not the plaintiff.
23     You're not suing Ford Motor Company, are you?
24          A.  I am not.
25          Q.  Mr. Fyie, Ford is not alleging that these
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

1  components, the shift tube, bushings, and clamps were
2  altered and/or changed by anyone in any way since the
3  subject vehicle left Ford Motor Company; correct?
4      A.  I'm not aware of any alteration or
5  modification to those parts, correct.
6      Q.  Thank you.
7          Now, I'm going to do something that I think
8  will -- will help us speed up your deposition,
9  because it is a Friday; and, frankly, I'd like to
10 finish this as soon as possible.
11         So I'm going to read some statements to you.
12 Okay?  And you tell me and the judge and the jury if
13 these statements are true or false.  Okay?
14     A.  Okay.  Are these -- can I ask -- I mean, are
15 these statements that Ford's already written in
16 responses?
17     Q.  I can -- well, I'll tell you this:  A lot of
18 the questions that I'm going to ask you, Ford has
19 already testified to under oath.  Ford has already
20 admitted to.
21         But I want you to know if these are true or
22 false.  Okay?
23         MR. BIBB:  You --
24 BY MR. LEGER:
25     Q.  If there is an issue about one, I'll pull up

1    automobiles, and we did sell this vehicle, yes.

2        Q.  So that's true; correct?

3        A.  Yeah.  I mean, we're not currently in the

4    business of selling 1998 Expedition, but we were in

5    the past.

6        Q.  Okay.  Including 1998 Ford Expeditions;

7    correct?

8            MR. BIBB:  Asked and answered.

9            THE WITNESS:  Right.  That's what I said.

10   In the past, yes.

11   BY MR. LEGER:

12       Q.  The next statement, true or false:  As far

13   back as 1992, Ford was aware that there were issues

14   with the shoulder on the bushing, wearing away in the

15   shift tube of Ford Expeditions.

16           MR. BIBB:  Objection.  The witness is

17   entitled to see the statement.

18           THE WITNESS:  Not in all instances or all

19   vehicles, but in some high-usage or high-mileage

20   vehicles, the shoulder could wear over time, yes.

21   BY MR. LEGER:

22       Q.  Okay.  Next statement:  Ford was aware in

23   1998, and even before 1998, that the plastic bushings

24   would deteriorate over time and slide out from

25   underneath the upper shift tube clamps.  True or

Page 64

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

1    they're available to consumers.

2        Q.  Okay.  Well, let me ask it to you again.

3            Ford -- true or false:  Ford issued a

4    technical service bulletin in 1999 -- 1999 due to a

5    concern related to a misaligned shift column bushing

6    that went to dealers.  True or false?

7            MR. BIBB:  Objection.  Asked and answered.

8            THE WITNESS:  False, because that's -- we

9    don't send out TSBs related to a concern.  We send

10   out TSBs to help technicians diagnose and repair

11   vehicles.

12   BY MR. LEGER:

13       Q.  Did Ford Motor Company ever issue a TSB

14   related to an issue regarding a misaligned shift

15   column bushing?

16       A.  We issued a TSB to tell technicians if

17   customers are complaining they're having difficulty

18   removing the key from the ignition, it might be

19   related to that bushing being out of place, and it

20   instructs them on how to replace that bushing to

21   address the -- the complaint.

22       Q.  Okay.  Mr. Fyie, can you see this document?

23       A.  Yes.

24       Q.  Okay.  This is a technical service bulletin;

25   correct?

Page 66

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1        A.   Yes.

 2        Q.   That was issued in 1998?

 3        A.   Correct.

 4        Q.   Do you see where it says, "Issue"?

 5        A.   Yes.

 6        Q.   Okay.  And can you read the highlighted

 7   portion to the jury, please.

 8        A.   Yes.  The second sentence says, "This may be

 9   caused by a misaligned shift column shaft bushing."

10        Q.   Okay.  And under "Part Name," it says,

11   "shift column shaft bushing"?

12        A.   Correct.

13        Q.   Can you read that highlighted section there,

14   sir?

15        A.   Well, a complete sentence is, "It is

16   possible that the black plastic bushing on the shift

17   column retainer collar has been abraded away,

18   causing the bushing to slip out of its keeper.  See

19   Figure 2."

20        Q.   Okay.  Let's go to Figure 2.  This -- this

21   is Figure 2 at the top of the page; correct?

22        A.   Correct.

23        Q.   Okay.  And that black thing, for the ladies

24   and gentlemen of the jury, is a bushing; correct?

25        A.   Correct.
```

Page 67

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

1       Q.   This is the shift tube; correct?

2       A.   Correct.

3       Q.   Okay.  And right above that bushing, there's

4    a clamp; correct?

5       A.   Yes.

6       Q.   So in this TSB, there is a diagram of the

7    bushing sliding out from underneath the clamp;

8    correct?

9       A.   Right.  It shows it out of position in

10   contrast to the next figure below it, yes.

11      Q.   Right.

12           In fact, the title of this diagram is "Shift

13   Column Shaft Bushing Out Of Place"; correct?

14      A.   Correct.

15      Q.   Okay.  That's not supposed to happen; right?

16           MR. BIBB:  Objection.  Overly broad.

17           THE WITNESS:  I don't know what you mean

18   by "not supposed to happen."  I mean, anything can

19   happen over time, but this is just talking about, if

20   a technician sees this, then here's how to address

21   it.

22   BY MR. LEGER:

23      Q.   All right.  So Ford -- Ford is acknowledging

24   in 1998 that the bushing can slide out from

25   underneath the clamp, which is what this diagram

Page 68

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

1    shows; correct?

2        A.  It's saying it's possible, sure.

3        Q.  Okay.  Yeah.

4            Not only is it possible, Ford has a diagram

5    about it in 1998 that they sent to their dealers;

6    correct?

7            MR. BIBB:  Objection.  Asked and answered.

8            THE WITNESS:  There is a diagram --

9    BY MR. LEGER:

10       Q.  Right.

11       A.  -- showing that --

12       Q.  Yep.

13       A.  -- it is possible.  And if it -- if it is,

14   this is what it looks like.

15       Q.  Yeah, and not only -- and as you testified

16   earlier, not only did Ford send it to -- to its

17   dealers, it sent it to the federal government; right?

18       A.  Sure.  That's our standard.  We sent TSBs to

19   NHTSA.

20       Q.  So in 1998, Ford knew that the bushing on

21   the shift tube could slide out from underneath the

22   clamp; correct?

23           MR. BIBB:  Objection.  Asked and answered.

24           THE WITNESS:  We knew that that could happen

25   and cause difficulty removing the key from the

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1    BY MR. LEGER:
 2         Q.  No?  Okay.  Thank you.
 3              True or false:  This Ford Motor Company
 4    never sent this TSB directly to the American
 5    consumer.
 6              MR. BIBB:  Objection.  Asked and answered.
 7              THE WITNESS:  That's true.  We don't send
 8    TSBs directly to customers.  That's not the purpose
 9    of these.
10    BY MR. LEGER:
11         Q.  Okay.  True or false:  The shift tube
12    bushing and clamps that were the subject of this TSB
13    that we've been discussing are the same design shift
14    tube bushing and clamps in the Thompson vehicle.
15         A.  That's correct.
16         Q.  True or false:  If you have unintended
17    vehicle movement, it's reasonably foreseeable that
18    the vehicle may hit pedestrians, may run into
19    something with passengers in it, may run into anyone
20    in the vicinity of the vehicle.  True?
21              MR. BIBB:  Objection.  Beyond the scope.
22              THE WITNESS:  I guess a lot of things could
23    happen if -- if a vehicle moves without the driver
24    behind the wheel.  It -- it could hit something or it
25    could not hit something and come do a stop on its
```

Page 73

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1              MR. BIBB:  Objection.  Asked and answered.
 2     Argumentative.
 3              THE WITNESS:  I guess the -- the problem is
 4     your -- your use of the word "unintentional."  You
 5     mean that the driver doesn't intend for the vehicle
 6     to move after they get out of the vehicle, is that --
 7     BY MR. LEGER:
 8         Q.  Sure.
 9         A.  -- what "unintentional" means?
10         Q.  Sure.
11              Unintentional vehicle movement, where the
12     driver doesn't intend for it to move, but it does.
13              That's dangerous; right?
14              MR. BIBB:  Objection.  Asked and answered.
15     Overly broad.  Vague and ambiguous.
16              THE WITNESS:  As I said before, if the
17     vehicle moves after the driver exits the vehicle,
18     then, yes, it could cause an injury or a fatality,
19     yes.
20     BY MR. LEGER:
21         Q.  Thank you.
22              True or false:  Ford did not fix the issue
23     with the shift tube bushing moving out of position
24     until the year 2000 when it redesigned the steering
25     column shift tube to include a metal shoulder to
```

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

1   prevent the upper bushing from sliding out from

2   underneath the shift tube clamp.

3           MR. BIBB:  Objection.  Compound.

4           THE WITNESS:  It's true that in 2000, we

5   added a rib to the shift tube specifically for the

6   upper bushing to retain it in position over time.

7   BY MR. LEGER:

8       Q.  Okay.  And that shift tube -- I'm sorry.

9   That metal shoulder or that metal rib, that was

10  issued in the year 2000 -- or it was redesigned in

11  the year 2000.

12          When was it actually implemented into

13  vehicles that were sold to the public?  Do you know

14  what year that was?

15          MR. BIBB:  Objection.  407.

16          THE WITNESS:  I haven't seen -- I've looked,

17  and I haven't found an exact implementation date, but

18  the best I can see is it was in the 2001 model year

19  vehicles.

20  BY MR. LEGER:

21      Q.  That's what we found too.  Thank you.

22          True or false:  Ford did not issue a bushing

23  recall or any warning related to the bushing

24  degradation to consumers that owned vehicles prior to

25  2000, including Ms. Thompson.

Page 76

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1        A.  True.

 2            MR. BIBB:  Objection.  Compound.

 3   BY MR. LEGER:

 4        Q.  Next question or next statement -- I'm

 5   sorry.  Ford knew of consumers being seriously

 6   injured or killed due to unintended vehicle movement

 7   incidents prior to this incident.

 8            MR. BIBB:  Objection.  Vague.

 9            THE WITNESS:  As far as unintended vehicle

10   movement for any cause on any vehicle, yes, we've --

11   we've had allegations related to that prior to this

12   incident.

13            MR. LEGER:  Okay.  Object to the

14   nonresponsive portion.

15   BY MR. LEGER:

16        Q.  Next statement:  Ford failed to warn

17   millions of consumers, including Ms. Thompson, of the

18   bushing issue and the dangers it posed?

19            MR. BIBB:  Objection.  Calls for legal

20   conclusion.  Vague and ambiguous.  Assumes facts not

21   in evidence.  Argumentative.

22            THE WITNESS:  I don't know what you mean by

23   "dangerous."  So I don't -- I can't answer that

24   question.

25   ///
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                      www.veritext.com

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

1              Can you read the highlighted section to the

2     ladies and gentlemen of the jury, please.

3         A.    "QUESTION:  Would you agree with me that the

4               shift tube is a non-maintenance item?

5               "ANSWER:  Yes.

6               "QUESTION:  There is no requirement or

7               instruction or information that would

8               suggest to a vehicle owner that he or she

9               needs to do anything to the shift tube?

10              "ANSWER:  That's right."

11        Q.    Now, for the ladies and gentlemen of the

12    jury, the Beene case involved a 1997 Expedition, and

13    this case involves a 1998 Expedition; correct?

14        A.    Correct.

15        Q.    All right.  So the components at issue in

16    this case are exactly the same in the Beene vehicle

17    as in the Thompson vehicle; correct?

18        A.    Correct.

19        Q.    Okay.  And in the Beene case, in 2011,

20    Ford's position was that the shift tube that is at

21    issue in this case is a non-maintenance item.

22              Is Ford changing its position in this case?

23              MR. BIBB:  Objection.

24              THE WITNESS:  I don't know why Mr. King

25    testified to that in this case, and I don't know if

                                              Page 80

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1  out from underneath the clamp in the diagrams;
 2  correct?
 3       A.  One of the diagrams was a detection of that,
 4  I think Figure 2, in that technical service bulletin.
 5       Q.  And that was a diagram created by Ford Motor
 6  Company; correct?
 7       A.  Correct.
 8       Q.  Here's my question to you now:  A misaligned
 9  bushing or a bushing sliding out from underneath the
10  clamp could cause looseness in the shift system or
11  the external control system; correct?
12       A.  Yes, if the bushing's out of position, there
13  could be more looseness in it than when it was
14  originally built.
15       Q.  More looseness than you would want to have
16  in a shift system; correct?
17            MR. BIBB:  Objection.  Vague and ambiguous.
18            THE WITNESS:  Yeah, I don't know what that
19  means, "want to," but it's more than when the vehicle
20  is -- is first built and sold.
21  BY MR. LEGER:
22       Q.  In any instance, a misaligned bushing or a
23  bushing that is slid out from underneath the clamp
24  can cause looseness in the -- either the shift system
25  or the external transmission control; correct?
```

Page 104

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1              MR. BIBB:  Objection.  Vague and ambiguous.
 2              THE WITNESS:  Right.  There would be --
 3     there would be a difference in -- in the feel of it.
 4     There would be more looseness than when the vehicle
 5     was new.
 6     BY MR. LEGER:
 7        Q.  I want to talk to you about this shift tube.
 8     The shift tubes that are in the older model vehicles,
 9     the ones that are out on the road that have not been
10     taken to a Ford dealership, those shift tubes would
11     not have the metal rib; correct?
12              MR. BIBB:  Objection.  Vague and ambiguous.
13              THE WITNESS:  I guess you're -- you're
14     saying terms like "older," but I guess I would say a
15     vehicle that was built with the PR column between
16     1990 and 2001, if it did not have the shift tube
17     replaced at some point in time, then it would not
18     have the newer design, which has the rib for the
19     upper bushing.
20     BY MR. LEGER:
21        Q.  Okay.  Has Ford done anything to tell
22     those -- those people who own those older -- older
23     vehicles that, "Hey, you have a shift tube that we
24     fixed in newer vehicles that prevents the bushing
25     from sliding out, but you don't have that fix"?
```

Page 105

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1              Has Ford ever in any way ever told customers
 2      that?
 3              MR. BIBB:  Objection.  Vague and ambiguous.
 4      Overbroad.
 5              THE WITNESS:  We have not told customers of
 6      the design change that was implemented for 2001, no.
 7      BY MR. LEGER:
 8          Q.  Did the -- would you agree with me that the
 9      design of the shift tube in the vehicles from 1990 to
10      2001 -- would you agree that that shift tube design
11      is incomplete?
12              MR. BIBB:  Objection.  Ambiguous.  Vague.
13              THE WITNESS:  No.
14      BY MR. LEGER:
15          Q.  Okay.  Well, you would agree with me that it
16      needs -- it needs something done to it to prevent the
17      bushing from sliding out, does it not?
18              MR. BIBB:  Objection.  Vague.
19              THE WITNESS:  No.
20      BY MR. LEGER:
21          Q.  Well, you would agree with me that the
22      bush -- the shift tube that does not have the metal
23      rib, there could be a situation where the shift
24      tube -- I'm sorry.  The bushing slides out from
25      underneath the clamp, like in the TSB diagram;
```

Page 106

 1    looseness in the shift system; correct?

 2             MR. BIBB:  Asked and answered.

 3             THE WITNESS:  Correct.  Which is what leads

 4    to the difficulty of removing the key from the

 5    ignition, yes.

 6    BY MR. LEGER:

 7        Q.  Okay.  So Ford had knowledge that this issue

 8    with the misaligned bushing sliding out from

 9    underneath the clamp could occur in Ms. Thompson's

10    vehicle years prior to this incident ever occurring;

11    correct?

12             MR. BIBB:  Objection.  Asked and answered.

13             THE WITNESS:  As I said, yes, in 1998, we

14    knew that the bushing could move out of position and

15    cause difficulty removing the key from the ignition,

16    and that's when we issued the TSB.

17    BY MR. LEGER:

18        Q.  Well, Mr. Fyie, Ford knew about the bushing

19    deteriorating back in 1992; correct?

20             MR. BIBB:  Objection.

21             THE WITNESS:  What are you referring to?

22    BY MR. LEGER:

23        Q.  Well, I'm asking you, isn't it true that

24    Ford Motor Company knew that the bushing could

25    deteriorate and slide out from underneath the clamp,

                                        Page 113

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
1    just like it did in Ms. Thompson's vehicle, way back
2    in 1992?
3           MR. BIBB:  Same objection.
4           THE WITNESS:  Well, in '92, yes, we made a
5    design change to the bushing to increase the
6    thickness of the shoulder that holds it in position
7    underneath those clamps.
8           So if that's what you're referring to, yes,
9    we made a design change at that point.
10   BY MR. LEGER:
11      Q.  So as far back as 1992, Ford Motor Company
12   knew that the bushing could slide out from underneath
13   the clamp and the -- on the shift tube in
14   Ms. Thompson's vehicle; correct?
15          MR. BIBB:  Asked and answered.
16          THE WITNESS:  In '92 we knew it was
17   possible, and so we made a design change to the
18   shoulder on that, sure.
19   BY MR. LEGER:
20      Q.  Was a TSB issued in 1992?
21      A.  I'm not sure.  I did not research that.
22      Q.  Did the design change to the bushing in 1992
23   fix the problem?
24          MR. BIBB:  Objection.  Vague and ambiguous.
25   Argumentative.
```

Page 114

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1    talking to you about the metal rib and what it
 2    prevents.
 3            It will prevent the bushing from sliding
 4    down on the shift tube; correct?
 5            MR. BIBB:  Objection.  407.
 6            THE WITNESS:  It -- it is there to help
 7    prevent the movement from under that, and then you
 8    follow up asking about safer.
 9    BY MR. LEGER:
10        Q.  Okay.  Yeah, well, I'll get to it.
11            And the shift tube on the Thompson vehicle
12    does not have the metal rib; correct?
13        A.  Correct.
14        Q.  And because it doesn't have the metal rib,
15    there's a possibility of the bushing to slide out
16    from underneath the clamp, as indicated in the
17    diagrams in the TSBs; correct?
18            MR. BIBB:  Asked and answered.
19    BY MR. LEGER:
20        Q.  Correct?
21            MR. BIBB:  Asked and answered.
22    BY MR. LEGER:
23        Q.  Correct?
24            MR. BIBB:  Asked and answered.
25            MR. LEGER:  I can't hear him.
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

1    BY MR. LEGER:

2        Q.  Correct?

3        A.  Yes.

4        Q.  Okay.  And if the bushing slides out from

5    underneath the clamp, you can have looseness in the

6    shifting mechanism; right?

7            MR. BIBB:  Asked and answered.

8            THE WITNESS:  Relative to when the vehicle

9    was built new, yes, you have more looseness compared

10   to that.

11   BY MR. LEGER:

12       Q.  Okay.  And then as -- as you've testified to

13   earlier, looseness can cause unintended vehicle

14   movement; correct?

15           MR. BIBB:  Asked and answered.

16           THE WITNESS:  That's not what I testified to

17   earlier.

18   BY MR. LEGER:

19       Q.  So does -- you -- do you agree that

20   looseness in the shift -- shifting mechanism can

21   cause unintended vehicle movement or not?  I thought

22   you said that earlier.

23           MR. BIBB:  Asked and answered.

24           THE WITNESS:  This particular condition, no,

25   I'm not aware of that.  This particular condition, as

Page 183

```
 1    Number 4.  Going off the record.  The time is 3:18.
 2            (Recess taken.)
 3            THE VIDEOGRAPHER:  We are back on the
 4    record.  The time is 3:45.  This is the beginning of
 5    Media Number 5.
 6    BY MR. LEGER:
 7        Q.  Mr. Fyie, you would agree that Ford had
 8    knowledge of inadvertent rearward movement in its
 9    vehicles since the 1970s; correct?
10            MR. BIBB:  Objection.  Overly broad.
11            THE WITNESS:  If you define it as, yes, the
12    driver exits the vehicle, thinking that it's in park
13    when it's not or something to that effect, then, yes,
14    there have been allegations going back that far.
15    BY MR. LEGER:
16        Q.  Okay.  And these complaints included reports
17    of consumer injuries and deaths; correct?
18        A.  I believe so, yes.
19        Q.  The government also found that
20    consumers with -- consumers would unknowingly place
21    the gear selector in the position between park and
22    reverse; correct?
23        A.  You're saying in the 1970s?
24        Q.  I'm just saying in the '70s and the '80s,
25    actually, that the government found that consumers
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1    jumping into reverse."
 2           What does "jumping into reverse" mean,
 3    Mr. Fyie?
 4           MR. BIBB:  Objection.
 5           THE WITNESS:  Let me read -- continue
 6    reading the paragraph --
 7    BY MR. LEGER:
 8       Q.  Sure.
 9       A.  -- I think it will describe it.
10           Okay.  This -- yeah, this is where we were
11    talking about something that we account for in our
12    design FMEAs, and what we looked at earlier, where,
13    again, in the abutted condition, the -- the apply
14    rods spring is pushing back on the detent spring and
15    pushing the detent lever into reverse, because that
16    spring force is higher than the detent spring force.
17       Q.  Okay.  So Ford had issues in -- in the '70s
18    and the '80s with its vehicles unintentionally
19    jumping into reverse?
20       A.  Well, in the '70s.  It looks like further
21    down it says, "Changes in the 1980 model year
22    eliminated this characteristic."
23       Q.  I got a 1985 document too we'll go over here
24    in a minute.
25           All right.  So in the '70s, Ford was having
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

```
 1   problem with its vehicles jumping into reverse when
 2   the customer believes the vehicle to be in park;
 3   correct?
 4        A.   Right.  For the -- for the reason described
 5   here.
 6        Q.   Right.
 7             Prior to 1980, do you know how many
 8   unintended vehicle movement complaints or reports
 9   NHTSA -- NHTSA had found?
10             MR. BIBB:  Objection.
11             THE WITNESS:  No.  No.
12   BY MR. LEGER:
13        Q.   Does 23,000 sound familiar?
14             MR. BIBB:  Objection.
15             THE WITNESS:  No.
16   BY MR. LEGER:
17        Q.   Well, this document states that, "NHTSA has
18   received reports of over 23,000 failures from Ford
19   Motor Company and from consumers either directly or
20   through state and private consumer groups, regarding
21   problems of inadvertent vehicle movement on
22   Ford-built vehicles."
23             Do you see that?
24        A.   Yes.
25             MR. BIBB:  Objection.
```

Page 215

30(B)(6) Ford Motor Company - Matthew Fyie
March 10, 2023

```
 1    BY MR. LEGER:
 2         Q.  Right.
 3              So it's saying the engine vibration can
 4    cause jumping into reverse, because it overcomes the
 5    friction --
 6              MR. BIBB:  Objection.
 7    BY MR. LEGER:
 8         Q.  -- right?
 9              MR. BIBB:  Misstates what the document says.
10              THE WITNESS:  No, the vibration doesn't
11    cause it.  The cause is the design of the
12    transmission parts --
13    BY MR. LEGER:
14         Q.  That's not what I'm --
15              (Simultaneous cross-talk.)
16              THE COURT REPORTER:  Hang on.  Hang on.
17    Hang on.  I did not get the rest of the answer.  I
18    got, "the cause is the design of the transmission
19    parts."
20              THE WITNESS:  The springs inside of the
21    transmission.  That's the cause of going from park to
22    reverse.
23    BY MR. LEGER:
24         Q.  Okay.  Well, it says, "Thus, if the gate is
25    not properly engaged, if the linkage is not properly
```

Page 222

```
 1    adjusted, or if there is excessive free play in the
 2    linkage, the vehicle is capable of shifting from park
 3    to reverse"; correct?
 4            MR. BIBB:  Objection.  Relevance.
 5            THE WITNESS:  Right.  That's what that says.
 6    BY MR. LEGER:
 7        Q.  Okay.  Prior to that, it says, "The friction
 8    of the linkage can be overcome by such outside forces
 9    as engine vibration or the door slamming"; correct?
10        A.  Correct.  That's what that says.
11        Q.  Okay.  And what that -- what that could
12    result in is the vehicle jumping into reverse;
13    correct?
14            MR. BIBB:  Objection.  Asked and answered.
15            THE WITNESS:  That can be the result, yes.
16    BY MR. LEGER:
17        Q.  Yeah.  Okay.
18            And Ms. Thompson, in this case, is
19    claiming -- alleging that engine vibration caused her
20    vehicle to jump into reverse; correct?
21            MR. BIBB:  Objection.
22            THE WITNESS:  I didn't know that she was
23    saying engine vibration caused that to happen, no.
24    BY MR. LEGER:
25        Q.  Have you read the expert reports in this
```