**The Depositon of Ford Motor Co. (Frederick King)**
**May 27, 2009**

Page 1

1          IN THE DISTRICT COURT OF THE UNITED STATES

2               FORT HE DISTRICT OF COLORADO

3

4    Civil Action No. 08-cv-01086-MSK-BNB

5

6    TIMOTHY BEENE,

7                   Plaintiff,

8         vs.

9    FORD MOTOR COMPANY, a Delaware

10   Corporation,

11                  Defendant,

12                                        /

13   PAGE 1 TO 198

14

15

16        The 30(b)(6) Deposition of FORD MOTOR COMPANY

17          Through of FREDERICK W. KING,

18        Taken at Courtyard Marriott,

19        30653 Flynn Drive

20        Romulus, Michigan,

21        Commencing at 8:35 a.m.,

22        Wednesday, May 27, 2009,

23        Before Cynthia A. Chyla, CSR 0092.

24

25

**EXHIBIT B**

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 8

1     Q.    Was there a bushing inserted in the clamp

2  and the tube?

3     **A.    Yes.**

4     Q.    Was there a shoulder downstream of the upper

5  bushing on passenger cars?

6     **A.    No.**

7     Q.    Has one been added?

8     **A.    Yes.**

9     Q.    When was it added?

10    **A.    I think it was in calendar year 2000.**

11    Q.    Was that the same time that the shoulder was

12  added to the shift tube on light trucks?

13    **A.    I believe it was, yes.**

14    Q.    And was it for the same reason?

15    **A.    I presume it was for the same reason.**

16  **Certainly for common components.  I felt it was more on**

17  **the addition on the light truck, but certainly to use**

18  **just one shift tube I presume it would be added for the**

19  **same reason.**

20    Q.    How many different vehicles in the Ford line

21  used this -- the shift tube that we have on the '97

22  Expedition in the 19 -- early 1990s?  Let's say after

23  '92.  Okay?

24    **A.    Okay.  '92, start with passenger cars.**

25    Q.    Okay.

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 24

1    park notch on the insert plate.  What he's doing by

2    moving the tube in a counterclockwise direction is

3    moving the upper end of the tube or the midpoint of the

4    tube to where the pawl can engage the slot in the tube

5    to allow key rotation to the lock position.

6        Q.    Sir, how do we know that the vehicle is in

7    the latch park position?

8        A.    The instructions are to shift to park.

9        Q.    Yes, sir.  But we do have situations where

10   you can shift it into park and it not be in the latch

11   park position; correct?

12                  MR. BIBB:  Object to the form.

13       A.    By definition steering column park is the

14   latch park position.  There are also detent park

15   positions or the detent park position in the

16   transmission, but by definition steering column park is

17   the latch park position.

18   BY MR. HARKNESS:

19       Q.    The Ford Expedition can roll in park, can't

20   it?

21       A.    It depends if the vehicle is operating as

22   it's designed.  If it's adjusted correctly and if the

23   pawl is -- if you're referring to a pawl abutted

24   condition where a vehicle might roll a couple inches

25   until the pawl engages, yes.

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 25

1      Q.    I'm talking about a roll and park condition

2   where you can have unintended vehicle moving.

3      **A.    If you're defining a rolling in park as a**

4   **vehicle that is operating as designed, correctly**

5   **adjusted with the steering column latched in park, no.**

6      Q.    If there's excessive play in the external

7   transmission control, you can have a roll in park

8   situation where the vehicle will actually roll because

9   the vehicle is not in latch park; correct?

10             MR. BIBB:   Object to form.

11      **A.    By definition, no, but the answer to the**

12   **question I think you're asking, if the column is in**

13   **latch park but there's misadjustment of the linkage or**

14   **there's a lot of wear in the cable, it's possible that**

15   **the steering column can be latched in park but the**

16   **transmission has not engaged the park pawl in the**

17   **transmission to prevent a vehicle from rolling.**

18   BY MR. HARKNESS:

19      Q.    And the situation that we see in the

20   Technical Service Bulletin, isn't it possible that this

21   bulletin is referring to a mechanic shifting up into

22   hydraulic neutral -- well, strike that.

23             If I shift in hydraulic neutral,

24   would it be possible for me to remove the key?

25      **A.    It depends where you're referring to as**

Hanson Renaissance Court Reporting & Video
313.567.8100   www.hansonreporting.com

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 36

1    lever that attaches to the shift cable, and that was

2    corrected by a double torquing operation during

3    manufacture of the steering column.

4                    It appears from the history that

5    there was, early in '92, the shoulder on the bushing

6    was wearing away and the shoulder was thickened on the

7    7335 bushing that's referenced in the TSB.

8                    Those are the three issues that I

9    can recall over the design life of that column going

10   back to the early '90s.

11       Q.    You mentioned in early '92 that there were

12   issues with the shoulder on the bushing wearing away?

13       A.    Yes, and there was a design change made to

14   the bushing to make the shoulder thicker.

15       Q.    Did you recall that of your own recollection

16   and work, or did you find that out as part of your

17   preparation for this case?

18       A.    I found that out as part of my preparation.

19   I was not aware of that design change until I reviewed

20   the details on the drawing in preparation for this

21   case.

22       Q.    Okay.  Do we have one of those drawings here

23   that shows the change in detail?

24       A.    Yeah.  Borrow this.

25                    If you look at the A-1 change, you

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 38

1   refer to that as, the rib?

2       A.    Call it the outside rib.

3       Q.    Okay.  And was it the outside rib that would

4   have held the bushing in place under the clamp until it

5   was worn down?

6       A.    Yes.

7       Q.    And when that outside rib wore down, that

8   would allow the bushing to slide out from under the

9   clamp and would create the looseness that was the

10  subject of the technical service bulletins?

11      A.    It could allow the bushing to slide under

12  the clamp.  Without the rib there there's certainly

13  that potential there, yes.

14      Q.    And what did you do other than reviewing the

15  assembly drawing to determine whether that was the

16  reason for increasing the thickness of that rib?  Did

17  you look at any other documentation?

18      A.    No, I don't have and I haven't seen any

19  other documentation from the A1 change.

20      Q.    Do you know who, who made that change, who

21  designed that change?

22      A.    It appears that it would be, and I don't

23  know this person, C., the last name is Kraepel, excuse

24  me, K-R-A-E-P-E-L.  The reason I say that is this

25  person is shown as the approver in the change -- in the

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 44

1  bushing, either?

2       A.    Correct.

3       Q.    What's -- what's the bushing composed of?

4       A.    It's a single -- it's plastic.  It's a seal.

5  It's a -- there's a specification for it, a material

6  spec on the drawing.  It's a plastic bushing.

7       Q.    I take it that the, just in terms of basic

8  common sense, a metal rib would work better than a

9  plastic rib at holding something in place that's

10 subject to wear?

11      A.    Well, that was the purpose of adding the

12 shoulder on the tube, was to be absolutely sure that if

13 the rib on the plastic bushing did wear away that the

14 bushing would remain in position.

15      Q.    And when Ford had reports back in 1992 that

16 the rib on the plastic bushing was wearing away, Ford

17 certainly could have reached the design decision at

18 that time to add the metal rib below the bushing, could

19 it not?

20      A.    Hypothetically, yes.

21      Q.    Okay.  And do you as a past engineer at Ford

22 see any significant difference in the two in terms of

23 cost or the availability of instituting the change?

24      A.    No.  Obviously both changes, you know, are

25 feasible.

Hanson Renaissance Court Reporting & Video
313.567.8100   www.hansonreporting.com

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 45

1    Q.    And there's no significant difference other

2    than perhaps durability between the two, the two design

3    changes?

4    **A.    I guess I'm not following your question.**

5    **There's -- there was a change that -- to the plastic**

6    **bushing and then when it was recognized that that**

7    **change still allowed some bushings to move out of**

8    **position, that the rib was added to the tube to be**

9    **absolutely sure that it stayed in position.**

10    Q.    The metal rib was the better fix; correct?

11    **A.    Yes.**

12            MR. BIBB:  Object to form.

13    BY MR. HARKNESS:

14    Q.    And the -- there was no reason that the

15    metal rib could not have been incorporated back in the

16    '92-93 time frame where they increased the thickness of

17    the plastic rib?

18    **A.    There was no technical reason why it could**

19    **not have been done.**

20    Q.    Do you know of any reason why it was not

21    done back in '92-93 other than somebody just not

22    thinking about it?

23            MR. BIBB:  Object to form.

24    **A.    And I don't know, and I'd be speculating to**

25    **try to figure out what people's thinking was when they**

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 46

1    **added -- when they increased the rib on the plastic**

2    **bushing.**

3    BY MR. HARKNESS:

4        Q.    And you have no idea as you sit here today

5    and no known way to determine whether or not a --

6    adding a metal rib to the shift tube was considered as

7    a design alternative back in 1992-93?

8        **A.    I don't know one way or the other.**

9        Q.    Would you agree with me that the bushing

10   slipping out from under the clamp creates looseness in

11   the external transmission control system?

12       **A.    Yes, it does.**

13       Q.    Okay.  Would you agree with me that that

14   makes it more -- that that would make it easier for a

15   driver to inadvertently place the vehicle in what's

16   been defined as an illusory park by some experts

17   between reverse and neutral where the car is -- or

18   where the transmission was in hydraulic neutral --

19   reverse and park?  I'm sorry.

20             MR. BIBB:  Object to form.

21       **A.    Again, I think that probably gets into**

22   **expert opinions that I would be expressing when I give**

23   **my expert deposition.**

24   BY MR. HARKNESS:

25       Q.    When you examined this vehicle did you find

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 48

1    sometimes noted to be loose and there was a double

2    torquing operation incorporated to be sure that those

3    bolts were tight.  I think it was done in '96.

4                     So, to be sure that the looseness

5    that I was observing was not the result of that arm

6    being loose, reach underneath and verify that there's

7    no relative motion between the arm and the shaft

8    itself.

9         Q.    And if the -- if the jury is looking at the

10    -- what's this document called, Mr. King?

11         A.    It's a section of the workshop manual.

12         Q.    Okay.  If the jury is looking at the section

13    of the workshop manual relating to the steering column

14    and they're trying to locate the arm that you have been

15    discussing, if they looked at part number -- that's

16    numbered 19 on the exploded drawing, is that the

17    transmission selector lever arm?

18         A.    Yes.

19         Q.    And that's the arm that you checked and it

20    was tight?

21         A.    Yes.

22         Q.    Okay.  And that suggested to you that

23    whatever looseness was in this external transmission

24    control system, that it wasn't in that selector arm?

25         A.    The short answer is yes, but by external

Hanson Renaissance Court Reporting & Video
313.567.8100    www.hansonreporting.com

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 50

1    Ford's opinions about what potential problems there are

2    with looseness that can result from looseness in the

3    external transmission control system.  So, I am

4    limiting my questions to that.

5                    MR. BIBB:  And just for

6    clarification, we're not talking about this particular

7    vehicle?

8                    MR. HARKNESS:  With respect -- no,

9    not with respect to looseness.

10                   MR. BIBB:  Okay.

11                   MR. HARKNESS:  Although this vehicle

12   was loose, but I'm not asking his opinion about this

13   particular vehicle.  I'm asking about looseness in

14   general as looked at and analyzed by Ford over the

15   years.

16       **A.    You know, it depends on what vehicle, what**

17   **type of vehicle, what type of steering column.**

18   **Generally looseness does not increase efforts.  I'm**

19   **trying to think of some situation where there was a**

20   **loose condition that -- there are certainly conditions**

21   **in particularly rod linkages where a loose component**

22   **could change the operating angles to make it more --**

23   **make efforts higher.  I don't think that's what you're**

24   **asking.**

25   BY MR. HARKNESS:

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 55

1      A.      To go back to 1980 when I started in Design

2  Analysis until I left the company, I probably inspected

3  six or seven hundred vehicles.

4      Q.      Were those all in response to claims that

5  had been made?

6      A.      Claims or lawsuits or a letter requesting

7  some technical assistance from a customer.

8      Q.      Okay.  Letters that did not lead to a claim

9  or a lawsuit?

10      A.      Some of them, yes.

11      Q.      Okay.  And in inspecting those six to seven

12  hundred vehicles with respect to -- I've called it

13  motion in park.  Is it fair to say that these were --

14  these were claims where the customer said I put the

15  vehicle in park and it moved?

16      A.      Yes.  Generally, yes.

17      Q.      Okay.  And when did you retire from the

18  company?

19      A.      August of 2008.

20      Q.      Okay.  Who has taken your place or who

21  transitioned into your place and is currently the lead

22  design engineer in handling claims on motion in park?

23      A.      Mark Taylor.

24      Q.      In those six to seven hundred claims or

25  reports that you have looked at, that you looked at in

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 59

1          A.     I don't know.   I haven't looked at later

2    ones.

3          Q.     And I take it that this is the '97 workshop

4    manual?

5          A.     Yes.

6          Q.     Why don't we go ahead and mark that as

7    Exhibit 4, if we could.

8          DEPOSITION KING EXHIBIT 4

9          Section 211-04 steering Column

10         of the Workshop Manual

11         WAS MARKED BY COUNSEL

12         FOR IDENTIFICATION.

13    BY MR. HARKNESS:

14         Q.     And, Mr. King, we've marked the portion of

15    the workshop manual dealing with the steering column as

16    Deposition Exhibit 4, and earlier when you and I were

17    discussing the transmission shift lever, if the jury is

18    looking for that, if they looked to the second page of

19    the workshop manual with the exploded view and they see

20    Number 19, and then they turn over to the third page

21    which lists 19 as the transmission selector arm --

22    selector lever arm and support, that's what we were

23    referring to earlier?

24         A.     Yes.

25         Q.     Okay.  Can you tell -- referring to

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 60

1    Deposition Exhibit 2, which is TSB 98-5-8, it

2    supersedes TSB 98-3-17.

3                    Did you look at 98-3-17?

4        A.    I did not.

5        Q.    Why not?

6        A.    I frankly didn't notice that there was an

7    additional number on there that superseded it.

8        Q.    There are a number of Oasis codes referred

9    to on Deposition Exhibit 2.

10                   What do those codes generally refer

11   to?  I'm not going to test you on what does 508000

12   refer to.

13       A.    I don't know.

14       Q.    Do you know what department issued TSB

15   99-16-4?

16       A.    The short answer is I don't know, but I

17   suspect that it was Ford Customer Service Division.

18       Q.    Does Ford Customer Service typically issue

19   TSBs that are issued?

20       A.    Yes.

21       Q.    And earlier you told me you don't know what

22   it was in response to, either of the Technical Service

23   Bulletins?

24       A.    Correct.  That's why I made the effort to

25   try to find some backup material to provide some

The Deposition of Ford Motor Co. (Frederick King)
May 27, 2009

Page 82

1    reverse?

2        A.    Because the columns of transmission are

3    further away from reverse to park than the other gears.

4    So the PRNDL indicator follows directly or follows

5    appropriately.

6        Q.    So the indicator is not a reason for having

7    them further apart, their being further apart is the

8    reason that the indicator is further apart?

9        A.    Yes.

10       Q.    So that's not a reason to have 14 degrees

11   instead of 10 degrees?

12       A.    Correct.

13       Q.    So that one is gone.

14                   So we're left with the mechanical

15   park mechanism is the reason -- is the only reason that

16   you need an extra 4 degrees between reverse and park as

17   compared to neutral and reverse; correct?

18       A.    Yes.

19       Q.    All right.  Now, the mechanical park

20   mechanism being what?

21       A.    The outer manual lever, the ply rod, the

22   guide cup or the abutment plate, depending on which

23   transmission, the park pawl, the park pawl return

24   spring, the park gear, and the park pawl itself.

25       Q.    And what is it about those extra items that

Hanson Renaissance Court Reporting & Video
313.567.8100    www.hansonreporting.com

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 102

1    yes.

2        Q.    Okay.  And those were all signals to me as a

3    driver to tell me that I'm going from neutral to

4    reverse?

5        A.    If the driver is paying attention, that's

6    one of the tactile signals, yes.

7        Q.    Any other signals that I as a driver get

8    when I go from neutral to reverse?

9        A.    The visual shift indicator allows you to, if

10   you look at it, lets you know what gear position you're

11   in.

12       Q.    Typically when you're shifting an automatic

13   transmission and you're accustomed to the automatic

14   transmission, you don't look down at the gear, the

15   PRNDL, do you?

16                MR. BIBB:  Object to form.

17       A.    Some people do; some people don't.

18   Sometimes I do; sometimes I don't.

19   BY MR. HARKNESS:

20       Q.    Okay.  But that's -- that's certainly

21   foreseeable somebody is not going to look at the PRNDL

22   as they shift because they have the other tactile

23   sensations going from one gear to another?

24                MR. BIBB:  Same objection.

25       A.    That's foreseeable that not everyone will

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

1    **choose to look at the shift indicator.**

2    BY MR. HARKNESS:

3        Q.    And that's been your experience in

4    investigating all of these claims over the years that

5    some drivers just say I never look down at the shift

6    indicator?

7        A.    **Some drivers say that they always look and**

8    **some drivers say they never look.**

9        Q.    And some drivers such as yourself say I

10   sometimes look?

11       A.    **Correct.**

12       Q.    Okay.  Then when the -- when the shift

13   lever, and I know it's enunciated as the lower shift

14   lever, but when this lever goes up to the next position

15   beyond the reverse stop but not down into the park

16   position, when it's sitting on that position, sitting

17   on that level as it is in -- on Exhibit 9, what gear is

18   that in?

19       A.    **First there is no position per se between**

20   **reverse and park, and all I can tell you from this**

21   **photograph is that it is somewhere between reverse and**

22   **park.**

23       Q.    Okay.  Now, it is possible for a driver to

24   put the gear shift, in shifting up into park to put the

25   gear shift on that level?

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 104

1                    MR. BIBB:  Object to form.

2        A.    It's possible, but with a normal shift, the

3    driver is going to complete the shift and impact the

4    park -- far park stop and the vehicle is going to be in

5    park.

6    BY MR. HARKNESS:

7        Q.    But you know based on your experience that

8    drivers can occasionally put the vehicle -- put the

9    lever in that position thinking that they're in park?

10                    MR. BIBB:  Object to form.

11        A.    You know, I really don't know what drivers

12    are thinking.  Typically drivers are preoccupied.  I do

13    know sometimes drivers will make mistakes and leave a

14    vehicle which is not in park or leave a vehicle in a

15    gear that they didn't intend to leave it in.

16    BY MR. HARKNESS:

17        Q.    But you've -- you know that drivers

18    occasionally can place the vehicle, thinking they're

19    placing it in park, can place it in hydraulic neutral

20    between reverse and park?

21                    MR. BIBB:  Object to form.

22        A.    You know, I don't think that drivers are

23    actually placing it as I would place a vehicle as I

24    would examine or inspect a vehicle.  Drivers are simply

25    intending to shift to park and for whatever reason,

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 105

1    **preoccupation or inattention inadvertently don't**

2    **complete the shift to park.**

3    BY MR. HARKNESS:

4        Q.    And end up leaving it in this condition of

5    hydraulic neutral?

6                    MR. BIBB:  Object to form.

7        **A.    Either don't shift to the gear they intended**

8    **to or don't shift fully to park, yes, drivers**

9    **occasionally can do that.**

10   BY MR. HARKNESS:

11       Q.    And occasionally have done it based on your

12   experience?

13                   MR. BIBB:  Object to form.

14       **A.    I believe that, yes.**

15   BY MR. HARKNESS:

16       Q.    Okay.  Is there any other in between place

17   in the gear shift on a Ford Expedition where a driver

18   would be somewhere between one gear or another but not

19   in either?

20       **A.    Sure.**

21       Q.    What other positions are there?

22       **A.    Between each of the gear ranges, a**

23   **transmission can be positioned in between and not**

24   **hydraulically fully engaged in either of the two**

25   **positions.**

Hanson Renaissance Court Reporting & Video
313.567.8100   www.hansonreporting.com

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 117

1    can't engage the narrow area on the plunger.

2        Q.    If the shift tube has been shifted up into

3    the park position, is there anything about the bushing

4    migrating down the shift tube that would prevent the

5    physical opening in the shift tube from being in the

6    proper position for the lock pawl to penetrate through?

7        A.    Yes.  The lower lever can be engaged in the

8    park notch on the insert plate, but the upper end of

9    the shift tube can be physically not rotationally but

10   laterally out of position.

11       Q.    How far laterally can it be out of position?

12       A.    Presumably the thickness of the plastic

13   bushing.

14       Q.    Is the -- where does the lock pawl penetrate

15   the shift tube in terms of the distance from the bottom

16   of the shift tube?

17       A.    Take a look at a drawing.  See if I can

18   answer that for you.

19              I'd have to have the detail of the

20   7215.  I think it's in this area here, but this drawing

21   has just got too many other things on it to clearly see

22   that.

23       Q.    And you're gesturing to approximately

24   halfway down the tube?

25       A.    Yes.

Hanson Renaissance Court Reporting & Video
313.567.8100   www.hansonreporting.com

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 129

1    **dealership, at a dealership or after they have reached**

2    **customers.**

3        Q.    Okay.  The -- you can -- you can get

4    unintended vehicle movement if the customer

5    inadvertently places the gear shift in hydraulic

6    neutral between reverse and park, can you not?

7        A.    **If you don't shift in a normal way or you're**

8    **preoccupied or there's some physical condition that**

9    **prevents someone from having the normal operator**

10    **strength or skills, there's a variety of reasons that**

11    **someone could make an incorrect shift.**

12                    MR. HARKNESS:  Objection;

13    nonresponsive.

14    BY MR. HARKNESS:

15        Q.    Sir, my question was:  Can the vehicle be

16    inadvertent -- can the 1997 Ford Expedition be placed

17    in -- inadvertently or mistakenly be placed into

18    hydraulic neutral between reverse and park by the

19    operator?

20                    MR. BIBB:  Object to form.

21        A.    **If the driver makes a normal ballistic**

22    **switch, no.  If the driver makes an incomplete shift,**

23    **perhaps.**

24    BY MR. HARKNESS:

25        Q.    If the transmission is placed into a

Hanson Renaissance Court Reporting & Video
313.567.8100   www.hansonreporting.com

The Depositon of Ford Motor Co. (Frederick King)
May 27, 2009

Page 130

1   hydraulic neutral, you can have unintended vehicle

2   movement, can you not?

3       A.    That depends if the park mechanism is

4   sufficiently engaged as we talked earlier, because the

5   park mechanism engages within the hydraulic neutral and

6   there are portions of the hydraulic neutral where the

7   park mechanism is not engaged, when it's partially

8   engaged, when it's fully engaged, and then when it's

9   detented and parked it's fully engaged.

10      Q.    Sir, if the vehicle is placed in hydraulic

11  neutral and the parking pawl is not engaged, that can

12  result in unintended vehicle movement, can it not?

13      A.    It can, yes.

14      Q.    Okay.  And that would be a 10 severity for

15  Design FMEA purposes; correct?

16      A.    An 8, 9 or 10.

17      Q.    Okay.  Do you know whether, because I don't

18  see it here in Exhibit 13, whether a potential failure

19  mode was ever considered to be the operator not -- the

20  operator shifting the vehicle into hydraulic neutral

21  with no parking pawl involved?

22      A.    I have seen it in transmission FMEAs.  I

23  don't think I see it in steering column FMEA, but I've

24  certainly seen it in transmission FMEAs.

25      Q.    Go ahead and why don't you give me the