```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO

TIMOTHY BEENE,                )
     Plaintiff                )
                              )
vs.                           ) Civil Action
                              ) No. 08-CV-01086-MSK-BNB
FORD MOTOR COMPANY, a         )
Delaware Corporation,         )
     Defendant                )


         --------------------------------------

                     ORAL DEPOSITION OF

                     FREDERICK W. KING

                       JULY 28, 2009

         --------------------------------------
```

   ORAL DEPOSITION of FREDERICK W. KING, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 28th day of July, 2009, from 10:06 a.m. to 1:58 p.m., before Suzanne T. Lane, RPR, CSR in and for the State of Texas, reported by method of machine shorthand at the offices of Carr Engineering, 12500 Castlebridge Drive, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

**EXHIBIT E**

Timothy Beene v.                                    Frederick W. King
Ford Motor Company, et al                              July 28, 2009

11:20   1  this vehicle, the first few degrees of motion in an
11:20   2  up direction don't rotate the shift tube at all when
11:20   3  the shift tube is free to move upward vertically before
11:21   4  it starts to rotate.  Correct?
11:21   5       A.   Yes.  That's the translation that I was
11:21   6  referring to.
11:21   7       Q.   Okay.  So to a driver, the amount of movement
11:21   8  that he makes with his hand is going to be more,
11:21   9  with that shift tube bushing out of place, in order for
11:21  10  him to get the latch to the same position, is it not?
11:21  11       A.   The total movement, yes, but not the
11:21  12  rotational movements.  It moves 35-1/2 degrees
11:21  13  rotationally, it will engage in park latch.
11:21  14       Q.   So from the driver's perspective, he will
11:21  15  have to move -- totally move the gearshift further to
11:21  16  get it to the park latch position from drive, with the
11:21  17  bushing out of place.  Correct?
11:21  18       A.   If you include the translation and rotation,
11:21  19  yes.
11:21  20       Q.   Okay.
11:21  21            Also in that third paragraph, you
11:22  22  indicate that the visual shift indicator properly
11:22  23  indicated the transmission position selected.  Correct?
11:22  24       A.   Yes.
11:22  25       Q.   Let me hand you what was previously marked as

11:24  1  toward reverse, the transmission is going to remain in
11:24  2  park until you get enough movement of the transmission.
11:24  3              So yes, you can move the pointer without
11:24  4  moving the transmission.  But if you take the vehicle
11:24  5  and you shift it from either drive, neutral, or reverse
11:24  6  to park latch, the pointer will be touching the P.
11:24  7       Q.   Now, you know that, as a Ford engineer who
11:24  8  has been working on these cases for almost 40 years.
11:24  9  How does your customer know that the visual indicator
11:24 10  position shown in Exhibit 23 is not park?
11:25 11       A.   It would seem pretty intuitive to me that
11:25 12  when the pointer is halfway between reverse and park,
11:25 13  that it's neither in reverse nor park, and I think a
11:25 14  customer can rely on that pointer as indicating it's
11:25 15  halfway between reverse and park; and that's not park.
11:25 16       Q.   In the 39 years that you have been examining
11:25 17  vehicles, have you found vehicles out of adjustment to
11:25 18  the point where the vehicle will be in latch park, but
11:25 19  the park indicator will not be pointing quite at the
11:25 20  park P?
11:25 21       A.   Yes.
11:25 22       Q.   So what tells your customer that the vehicle
11:25 23  is not in -- the customer knows it's not in reverse,
11:25 24  doesn't he, because the vehicle doesn't back up.
11:25 25  Correct?

```
11:25  1        A.   Hypothetically, yes.
11:25  2        Q.   Okay.  And if the vehicle sits still, the
11:25  3   customer may suspect that it's in park because it
11:25  4   doesn't move.  Correct?
11:25  5        A.   I can't tell you what a customer is going to
11:26  6   suspect.  If a pointer is halfway between reverse and
11:26  7   park, it may be time to go to the dealership find out
11:26  8   what would be needed to repair it.
11:26  9        Q.   Is there anything that Ford does or has ever
11:26 10   done to tell its customers that the pointer can be in a
11:26 11   position to the left of reverse and yet not be in park?
11:26 12        A.   Not to my knowledge.
11:26 13        Q.   Had Ford ever told its customers, in any way,
11:26 14   shape, or form, that if the pointer is not pointed at R
11:26 15   or P, that the transmission may be in neutral?
11:26 16             MR. BIBB:  Object to the form.
11:26 17        A.   No.
11:26 18        Q.   (By Mr. Harkness) It may be in neutral if the
11:26 19   pointer is not pointing at the R or P.  Isn't that
11:26 20   correct?
11:26 21             MR. BIBB:  Object to the form.
11:26 22        A.   It could be in hydraulic neutral.
11:26 23        Q.   (By Mr. Harkness) Okay.  Well, you call it
11:27 24   "hydraulic neutral," and I'm going to have some
11:27 25   questions about that later, so let's make sure we're
```

11:38  1    Q.    (By Mr. Harkness) Hydraulic reverse shutoff.

11:38  2    A.    Correct.  It was, yes, as a function of the
11:38  3  pointer indication.

11:38  4    Q.    Next, you say the steering column mounted
11:38  5  control lever functioned as designed by Ford.
11:38  6              That's not really true, is it?

11:38  7    A.    Actually, it is.

11:38  8    Q.    Because as designed by Ford, it's not
11:38  9  supposed to have a half a detent or a detent of play,
11:38 10  is it?

11:38 11    A.    It's not supposed to have a half a detent,
11:38 12  but it can accommodate and still function correctly
11:39 13  with a half a detent of play in the shift control
11:39 14  system.

11:39 15    Q.    Yes, sir, but the way Ford designs this
11:39 16  steering column as an external transmission system, it
11:39 17  is not supposed to have that much play, is it?

11:39 18    A.    Not in a new vehicle, yes.

11:39 19    Q.    Now, this vehicle was designed so that that
11:39 20  upper bushing, which holds the shift tube in place,
11:39 21  could migrate out of place as soon as the bushing was
11:39 22  worn.  Correct?

11:39 23              MR. BIBB:  Object to the form.

11:39 24    A.    It has the potential to migrate out.

11:39 25    Q.    (By Mr. Harkness) And in fact, with use, it

60

Timothy Beene v.                                Frederick W. King
Ford Motor Company, et al                           July 28, 2009

11:39  1  was migrating out on a number of Ford vehicles, wasn't
11:39  2  it?
11:40  3      A.   That appears to be the case, yes.
11:40  4      Q.   Ford had to do two different technical
11:40  5  service bulletins to deal with it.  Correct?
11:40  6      A.   Well, actually, there was one technical
11:40  7  service bulletin that, between the two of them, covered
11:40  8  basically all of the truck family.
11:40  9      Q.   Well, there were two separate service
11:40 10  bulletins issued.  Correct?
11:40 11      A.   Yes.
11:40 12      Q.   And in addition, the shift tube was
11:40 13  redesigned?
11:40 14      A.   Yes.
11:40 15      Q.   So obviously, there was enough of an issue at
11:40 16  Ford to take action to correct -- or there were enough
11:40 17  complaints or observed problems to lead Ford to both
11:40 18  issue technical service bulletins and to redesign the
11:40 19  shift tube.  Correct?
11:40 20      A.   Yes.
11:40 21      Q.   But we don't know how many there were,
11:40 22  because none of those records are kept anymore.
11:41 23  Correct?
11:41 24      A.   That's correct.
11:41 25      Q.   In your report, you indicated that you

```
12:15  1        A.   No.
12:15  2        Q.   Did Ford ever tell the driver that if the
12:15  3   needle stopped between R and P, that he was in any
12:15  4   particular gear?
12:15  5        A.   No.
12:15  6        Q.   And there is no N between R and P, is there?
12:15  7        A.   No.
12:15  8        Q.   And if the driver is not moving backwards, he
12:15  9   knows he's not in reverse.  Correct?
12:16 10        A.   That's not necessarily true.
12:16 11             MR. BIBB:  Object to the form.
12:16 12        Q.   (By Mr. Harkness) Oh, okay.  On this vehicle,
12:16 13   would it be, at that location?
12:16 14        A.   This vehicle will not back up the hill in
12:16 15   that location with it in reverse without raising the
12:16 16   throttle above idle, so if the vehicle was in reverse,
12:16 17   the fact that it didn't move backwards wouldn't tell
12:16 18   you whether it's in reverse or not.
12:16 19        Q.   And did you test that at the same place that
12:16 20   you had the vehicle sit still for 2 minutes and
12:16 21   25 seconds while it was in neutral?
12:16 22        A.   I tested it in a number of areas out there,
12:16 23   and it won't back up that hill.
12:16 24        Q.   Sir, my question was -- and please listen,
12:16 25   and I'll try to shorten the deposition if you will
```

Timothy Beene v.                                      Frederick W. King
Ford Motor Company, et al                             July 28, 2009

```
12:59   1                MR. BIBB:  Object to the form.
12:59   2        A.   I guess the reason I can't answer is, I don't
12:59   3   know what he either intended to or whether he was
12:59   4   paying attention.  In terms of cues, it should be very
12:59   5   clear, if he intended to shift to neutral, that he
12:59   6   would have the cues that you get shifting to
12:59   7   neutral:  a detent feel and hitting the stop on the
12:59   8   insert plate for neutral.
12:59   9        Q.   (By Mr. Harkness) Sir, my question was,
12:59  10   assuming that Marshall Scott wanted to place the
12:59  11   vehicle into park, would he have had any cues, in
12:59  12   placing it in neutral, that he was actually placing it
12:59  13   in park?
12:59  14        A.   I don't think so.
12:59  15        Q.   Okay.  Whether he placed the vehicle in
13:00  16   neutral or hydraulic neutral, if the vehicle had had an
13:00  17   audible warning device to let him know that he was not
13:00  18   in the park latch position, he could have responded to
13:00  19   that device and prevented this accident.  Correct?
13:00  20                MR. BIBB:  Object to the form.
13:00  21        A.   Hypothetically, yes.
13:00  22        Q.   Okay.  In that regard, going back to
13:00  23   paragraph 7 of your report, the first sentence
13:00  24   says:  The incorporation of a "not-in-park" warning
13:00  25   device would not have been effective in preventing this
```

100

| Timothy Beene v. | Frederick W. King |
| --- | --- |
| Ford Motor Company, et al | July 28, 2009 |

13:04  1   Q.   (By Mr. Harkness) Mr. King, basically, there
13:05  2  is no -- you have no basis, considering the facts of
13:05  3  this case, to conclude, one way or the other, whether
13:05  4  Marshall Scott would have responded to an audible alarm
13:06  5  of any nature as he started to exit the vehicle if
13:06  6  there had been an audible alarm set up for his not
13:06  7  being in park latch?
13:06  8              MR. BIBB:   Object to the form.
13:06  9   A.   I don't know how he would have reacted if
13:06 10  there was an audible alarm.
13:06 11   Q.   (By Mr. Harkness) So I take it that you
13:06 12  cannot say that the incorporation of a not-in-park
13:06 13  warning device would have -- would not have been
13:06 14  effective in preventing this incident, based on any
13:06 15  degree of certainty?
13:06 16              MR. BIBB:   Object to the form.
13:06 17   A.   I tend to think it would not have been, but I
13:06 18  can't say to any facts because I don't know what he
13:06 19  would have recognized and what he wouldn't have
13:06 20  recognized.
13:06 21   Q.   (By Mr. Harkness) Okay.  You mentioned that
13:07 22  in the early '70s, Ford had put a warning device for
13:07 23  seat belts.   Correct?
13:07 24   A.   Yes.
13:07 25   Q.   Did Ford ever put a warning device in its

13:07 1  vehicles for the vehicle not being in park?
13:07 2       A.   Yes.  As we talked in the previous
13:07 3  deposition, there are some European vehicles that have
13:07 4  a not-in-park warning chime incorporated into those
13:07 5  vehicles.
13:07 6       Q.   But in terms of there ever -- other than --
13:07 7  well, Ford, as of the time of this accident -- I'm
13:07 8  sorry -- Ford, as of the time of the manufacture of
13:07 9  this vehicle in 1997, had Ford placed any type of
13:08 10 warning device in its vehicles to warn the driver that
13:08 11 the vehicle was not in park?
13:08 12      A.   No.
13:08 13      Q.   Had Ford tested any such warning devices
13:08 14 prior to the manufacture of this vehicle?
13:08 15      A.   Back in the late '70s, yes.
13:08 16      Q.   And was that the work that you did -- or work
13:08 17 that you participated in, in investigating the benefit
13:08 18 of a warning device for not-in-park?
13:08 19      A.   Yes.
13:08 20      Q.   And did you actually design such a warning
13:08 21 device?
13:08 22      A.   There was an effort by a number of areas of
13:08 23 the company to make prototype vehicles with such a
13:08 24 warning device, and my area was one of those areas.
13:08 25      Q.   And so such a device was manufactured, at

13:09  1  least at the R&D stage, by Ford?
13:09  2       A.   Well, there were parts that were -- prototype
13:09  3  parts that were made and put in vehicles for
13:09  4  evaluation.  I wouldn't call it "manufacturing," in the
13:09  5  sense of production.
13:09  6       Q.   But based upon that work, you can testify for
13:09  7  the jury that putting in a warning device is certainly
13:09  8  a feasible design alternative?
13:09  9       A.   Yes.
13:09 10       Q.   It's relatively inexpensive?
13:09 11       A.   Yes.
13:09 12       Q.   Probably three dollars or less, I think I
13:09 13  have heard you testify before.
13:09 14       A.   That's right.
13:09 15       Q.   It can incorporate either an audible buzzer
13:09 16  or a honking horn or whatever audible mechanism that
13:10 17  you wish to incorporate.  Correct?
13:10 18       A.   Conceptually, yes.
13:10 19       Q.   And it can be, and was designed, in such a
13:10 20  situation that it would go off whenever the driver
13:10 21  opened his door and the vehicle was not in the park
13:10 22  latch position.  Correct?
13:10 23       A.   That was the concept that we were looking at
13:10 24  at the time.
13:10 25       Q.   And it could also be easily designed so that

13:12 1 buckling the seat belt.

13:12 2     Q.   Okay. Well, you referred to "these devices,"
13:12 3 and I assumed that you were talking about all of the
13:12 4 devices, including the starter interlock and the seat
13:12 5 belt warning.

13:12 6     A.   I apologize if I left that impression. It
13:12 7 was --

13:12 8     Q.   Okay.

13:12 9     A.   -- only supposed to be the starter interlock.

13:12 10     Q.   Okay. Is the same thing true as to your
13:12 11 statement that, as a result, a great many people had
13:12 12 them disconnected? Was that the starter interlock?

13:12 13     A.   They either disconnected the switch that
13:12 14 sends the seat belt connection, or they disabled the
13:13 15 starter interlock.

13:13 16     Q.   But in terms of a warning device for use or
13:13 17 non-use of seat belts, most, if not all vehicles
13:13 18 manufactured by Ford today, have a warning device,
13:13 19 don't they, if you don't put on your seat belt?

13:13 20     A.   It's required by the 208 Standard.

13:13 21     Q.   Okay. And in terms of reasons that you
13:13 22 decided not to put a warning device in Ford vehicles in
13:13 23 the late '70s, is that you found that very, very few
13:13 24 drivers got out of their vehicles without shifting
13:13 25 fully into park, although we do know that people do get

Timothy Beene v.　　　　　　　　　　　　　　　Frederick W. King
Ford Motor Company, et al　　　　　　　　　　July 28, 2009

13:13　1　out of their vehicles without shifting into park, don't
13:13　2　we?
13:13　3　　　A.　Yes.
13:13　4　　　Q.　And the fact that it's just a few drivers, if
13:14　5　we just look at your experience, something like 500 to
13:14　6　700 drivers have gotten out of their vehicles without
13:14　7　the vehicle being in park.  Correct?
13:14　8　　　A.　In a broad sense, yes.
13:14　9　　　Q.　And most of those people thought -- or
13:14　10　testified that they thought they had the vehicle in
13:14　11　park.  Correct?
13:14　12　　　A.　They testified that they intended to put it
13:14　13　in park.
13:14　14　　　Q.　Okay.
13:14　15　　　　　　Then you say:  We found that people that
13:14　16　did exit their vehicle were generally preoccupied by
13:14　17　events outside their vehicle, and thus not likely to
13:14　18　pay attention to another alarm.
13:14　19　　　　　　Of course, in Sheriff Scott's situation,
13:14　20　there would only be one alarm going off.  Right?
13:14　21　　　A.　Correct.
13:14　22　　　Q.　Okay. And you --
13:14　23　　　A.　Let me correct the -- The hypothetical is
13:14　24　that, had it had a, quote, not-in-park warning system,
13:15　25　there would not have been a competing buzzer as there

Timothy Beene v.  
Ford Motor Company, et al

Frederick W. King  
July 28, 2009

1  Which Ford vehicles have audible warning
2 devices now for not-in-park?
3      A.   The Focus had it starting around 2001 or
4 2002, and I think it was up through 2008.  And the
5 Escape and the Mariner had it -- I think it may have
6 just been the hybrid, but I would have to check --
7      Q.   And how --
8      A.   -- because those vehicles were designed in
9 Europe.
10     Q.   How long have those vehicles had a
11 not-in-park warning device?
12     A.   Again, I think the Focus was starting in
13 about 2001 or 2002, up through to 2008.  I don't think
14 it's in the 2009 models.
15     Q.   And what about the Escape and the Mariner?
16     A.   I think it was just for three years, if
17 memory serves me right.
18     Q.   Which years?  Do you know?
19     A.   '5, '6, and '7, I think.  2005, 2006, and
20 2007.
21     Q.   To your knowledge, were any unanticipated
22 vehicle moment reports ever made regarding any of those
23 vehicles that were -- any of those, the Focus, the
24 Escape, or the Mariner -- that were manufactured during
25 the time period that they would have had the

13:24  1  not-in-park warning device?
13:24  2      A.   I can think of one Escape that was an
13:24  3  inadvertent -- or unintended vehicle movement.
13:24  4      Q.   What were the facts surrounding that event?
13:24  5      A.   I think the woman -- and again, I didn't have
13:24  6  a lot of involvement in that particular case, but I
13:24  7  think she was exiting the vehicle and grabbed her
13:24  8  purse, and the purse caught the shift lever, and she
13:24  9  slipped on the ice and fell, and that resulted in
13:24 10  pulling the shift control, I believe, into drive, and
13:24 11  the vehicle went forward.
13:25 12      Q.   Did you participate in that investigation?
13:25 13      A.   No.  I was aware of it, but I don't know the
13:25 14  details.  That's been pretty much everything I know
13:25 15  about it.
13:25 16      Q.   Do you know whether or not the not-in-park
13:25 17  warning device sounded as she exited the vehicle?
13:25 18      A.   You know, I think that was an earlier Escape.
13:25 19  I think that might have been, like, a 2002, so I
13:25 20  probably shouldn't have answered the way I did.  I
13:25 21  don't think it was during the years that the Escape had
13:25 22  that system.
13:25 23      Q.   So as we sit here today, you're not aware of
13:25 24  any reported incidences of unanticipated vehicle
13:25 25  movement in either the Focus, Escape, or Mariner, with

13:25  1  the not-in-park warning device installed?
13:25  2       A.   I'm not.  But keep in mind, it has been a
13:25  3  year since I would have even had access to that
13:25  4  information.
13:25  5       Q.   Okay.  Was the design of the shift to -- that
13:26  6  was incorporated in 2000 that added the metal shoulder
13:26  7  below the bushing a safer design than the design of the
13:26  8  shift to the 1997 Expedition?
13:26  9            MR. BIBB:  Object to the form.
13:26 10       A.   I think under some circumstances, it could be
13:26 11  considered to be a safer design, yes.
13:26 12       Q.   (By Mr. Harkness) Can you tell me under which
13:26 13  circumstances the design would be safer?
13:26 14       A.   As an example, if, with a shoulder there,
13:26 15  that kept the upper bushing in place, even if the lower
13:27 16  bushing were out, the system would -- and that's not
13:27 17  saying that the lower bushing moves out of position,
13:27 18  just that it wears, and that the upper bushing wears as
13:27 19  well, by having both bushings underneath the clamp, the
13:27 20  system would be more likely to meet design intent and
13:27 21  still engage park when you shift into park.
13:27 22       Q.   Is the system less likely to engage park when
13:27 23  you shift it into park with the upper bushing out of
13:27 24  place?
13:27 25       A.   Yes.