IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–00541–MDB

LORELLE THOMPSON,

     Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware company,

     Defendant.

---

## VERDICT FORM

---

**Instructions**: You are instructed to answer the following questions. You must all agree on your answer to each question. You should refer to the Court's instructions for definitions.

*Design Defect*

1. **Did the Plaintiff, Lorelle Thompson, prove by a preponderance of the evidence, the following:**

   a. The shift control system in the 1998 Ford Expedition was defective in its design and unreasonably dangerous to persons who might use it.
   Yes___X___ No_____

If you answered "Yes" to Question 1.a., proceed to Question 2. If you answered "No," please sign the verdict form and return it to the Court.

*Strict Liability*

2. **Did the Plaintiff, Lorelle Thompson, prove by a preponderance of the evidence, the following:**

   a. The design defect in the shift control system in the 1998 Ford Expedition, existed when it was sold by Ford Motor Company, and it reached Ms. Thompson without substantial change to the condition it was in when it was sold.
   Yes___X___ No_____

    b. Ms. Thompson suffered injuries, damages, or losses that were caused by the defect in the shift control system.
       Yes___X___ No_____

If you answered "Yes" to both 2.a.-2.b., the Plaintiff has prevailed against Ford Motor Company in connection with her Strict Liability claim.

*Negligence*

**3. Did Plaintiff, Lorelle Thompson, prove by a preponderance of the evidence, the following:**

    a. The design defect in the shift control system in the 1998 Ford Expedition was the result of Ford Motor Company's negligence.
       Yes___X___ No_____

    b. Ms. Thompson was a person Ford Motor Company should reasonably have expected to use the 1998 Ford Expedition.
       Yes___X___ No_____

    c. Ms. Thompson suffered injuries, damages, or losses that were caused by Ford Motor Company's negligence in designing a defective shift control system.
       Yes___X___ No_____

If you answered "Yes" to each question in 3.a.-3.c., the Plaintiff has prevailed against Ford Motor Company in connection with her Negligence Claim.

*Damages*

**4. If Plaintiff prevailed on either her Strict Liability Claim or her Negligence Claim against Ford Motor Company, you must now answer the following questions:**

    a. What is the total amount of damages you award Plaintiff for past economic losses or injuries: $ 1,000,000.$\frac{00}{100}$

    b. What is the total amount of damages you award Plaintiff for future economic losses or injuries: $ 1,575,000.$\frac{00}{100}$

    c. What is the total amount of damages you award Plaintiff for noneconomic losses or injuries: $ 4,000,000.$\frac{00}{100}$

    d. What is the total amount of damages you award Plaintiff for physical impairment or disfigurement losses or injuries: $ 5,000,000.$\frac{00}{100}$

*Comparative Fault*

5. **If you decide to award damages in this case, you must also determine whether Ms. Thompson is responsible for some portion of those damages. To do that, you must determine whether Ford Motor Company proved by a preponderance of the evidence the following:**

   a. Ms. Thompson was negligent because she failed to do something that a reasonably careful person would do—or because she did something that a reasonably careful person would not do—under the same or similar circumstances to protect herself from the claimed defect in the product.
   Yes_____ No__X____

   b. Ms. Thompson's negligent conduct was a cause of her claimed injuries.
   Yes_____ No__X____

6. **If you answered "Yes" to 5.a. and 5.b., then you must determine the extent to which the negligence of Ms. Thompson contributed to Ms. Thompson's damages, and you must express that as a percentage. Taking as 100% the combined negligence or fault that caused Plaintiff's injuries, what percentage was caused by Ford Motor Company and what percentage was caused by Ms. Thompson?**

   a. Ford Motor Company_____100_____%

   b. Plaintiff, Lorelle Thompson _____0_____%

*Punitive Damages*

7. **If you found that Plaintiff prevailed against Ford Motor Company, then you must also answer the following questions:**

   a. Did Plaintiff, Lorelle Thompson, prove beyond a reasonable doubt that Ford Motor Company acted in a willful and wanton manner, in causing Ms. Thompson's injuries?
   Yes___X___ No_____

   b. If yes, what is the total amount you award Plaintiff for punitive damages?
   $_45,000,000.$\frac{00}{100}$_

