IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–00541–MDB

LORELLE THOMPSON,

    Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware company,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

This matter was tried before a jury of eight (8), duly sworn to try the issues herein with United States Magistrate Judge Maritza Dominguez Braswell presiding, and the jury has rendered a verdict. Pursuant to the verdict of the Jury [ECF 297] and redacted at [ECF 298], it is

**ORDERED** that final judgment is entered IN FAVOR of the PLAINTIFF, Lorelle Thompson, and AGAINST the DEFENDANT, Ford Motor Company, for total damages in the amount of FIFTY-SIX MILLION FIVE HUNDRED SEVENTY-FIVE THOUSAND dollars ($56,575,000). It is further

**ORDERED** that Post-Judgment interest shall accrue at 5.04%, per annum compounded annually, from the date of entry of judgment, April 18, 2024. It is further

**ORDERED** Pursuant to D.C.COLO.LCivR 54.1, Plaintiff, as the prevailing party, shall submit her bill of costs within fourteen (14) days of entry of this Judgement..

DATED this 18th day of April, 2024.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        By: s/Elizabeth Lopez Vaughan
            Elizabeth Lopez Vaughan, Deputy Clerk